KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (State Bar No. 157034)
nstagg@kilpatricktownsend.com
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone:(858) 350-6156
Facsimile: (858) 350-6111

ADAM P. WILEY (State Bar No. 298686)
awiley@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone:(310) 777-3733
Facsimile: (310) 860-0363

COLE B. RAMEY (*pro hac vice pending*)
TIMOTHY E. TAYLOR (*pro hac vice pending*)
cramey@kilpatricktownsend.com
ttaylor@kilpatricktownsend.com
2001 Ross Avenue, Suite 4400
Dallas, TX  75201
Telephone:214 922 7100
Facsimile: 214 922 7101

Attorneys for Defendant
DIGITAL RECOGNITION NETWORK, INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MATA, individually and on behalf of all other similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>DIGITAL RECOGNITION NETWORK, INC., a Delaware corporation,<br><br>        Defendant. | Case No. **'21 CV 1485 JLS  BLM**<br><br>**NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT BY DEFENDANT DIGITAL RECOGNITION NETWORK, INC.**<br><br>Complaint Filed:   May 26, 2021<br>Complaint Served:  July 23, 2021 |

**NOTICE OF REMOVAL BY DEFENDANT
DIGITAL RECOGNITION NETWORK, INC.**

PLEASE TAKE NOTICE THAT Defendant Digital Recognition Network, Inc. ("DRN") hereby removes this action from the Superior Court of the State of California, County of San Diego, Case No. 37-2021-00023321-CU-MC-CTL, to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1332(d), 1446, and 1453.

## I.   STATE COURT ACTION

On May 26, 2021, Plaintiff Guillermo Mata ("Plaintiff") filed a class action complaint in the Superior Court of the State of California, County of San Diego, Case No. 37-2021-00023321-CU-MC-CTL naming DRN as the sole defendant. *See* Declaration of Adam P. Wiley ("Wiley Decl.") ¶ 3, Ex. 1 ("Complaint" or "Compl.").[1]

The Complaint alleges the following single cause of action against DRN: Violation of Cal. Civ. Code § 1798.90.5 *et seq.* On July 23, 2021, Plaintiff served DRN with the Complaint. *See* Wiley Decl. ¶ 4 Ex. 2.

## II.   SATISFACTION OF REQUIREMENTS OF 28 U.S.C. §§ 1332(d), 1446, AND 1453

### A.   28 U.S.C. § 1446

Venue is proper in this District pursuant to 28 U.S.C. § 1446(a) because the Superior Court where the removed case was pending, San Diego, is located within this District.

This Notice of Removal is timely. DRN was served with the Summons and Complaint in the state court action on July 23, 2021, and this Notice of Removal is being filed within 30 days of that date on August 23, 2021. 28 U.S.C. § 1446(b)(1);

---

[1] In accordance with 28 U.S.C. § 1446(a), the Complaint and all other publicly available process, pleadings, or orders in this action are attached to this Notice as Exhibit A.

NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT BY DEFENDANT DIGITAL RECOGNITION   - 1 -
NETWORK, INC.
CASE NO.

Fed. R. Civ. P. 6 (a)(1)(C).

In accordance with 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal and all supporting papers will be promptly served on Plaintiff's counsel and filed with the Clerk of the San Diego County Superior Court. True and correct copies of the Notice to Superior Court of Removal of Civil Action and the Notice to Adverse Party of Removal of Civil Action are attached to the Wiley Decl. as Exhibits 4 and 5, respectively.

Therefore, all relevant procedural requirements under 28 U.S.C. § 1446 have been satisfied.

**B.    28 U.S.C. §§ 1332 (d) and 1453**

This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(d)(2), and may be removed to this Court pursuant to 28 U.S.C. § 1453 because it is a class action [18 U.S.C. 1332(d)(1)(B)], the amount in controversy exceeds $5,000,000, exclusive of interests and costs [18 U.S.C. 1332(d)(2)], and DRN is a citizen of a state that is different from the state citizenship of at least one member of Plaintiff's purported class [18 U.S.C. 1332(d)(2)(A)-(C)].

**1.    There is Diversity Between the Parties**

Plaintiff is a citizen of California. For diversity purposes, a person is a "citizen" of the state in which he is domiciled. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983). A person's domicile is the place he resides with the intention to remain or to which he intends to return. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001).

The Complaint states that Plaintiff "is a natural person and citizen of the State of California." Compl. ¶ 9. Plaintiff does not allege that he is a resident of any other state within the United States. Plaintiff also filed the State Court Action in the Superior Court of California, San Diego County. Therefore, for purposes of diversity of citizenship, Plaintiff is domiciled in California.

NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT BY DEFENDANT DIGITAL RECOGNITION    - 2 -
NETWORK, INC.
CASE NO.

Plaintiff's Complaint is filed as a California class action pursuant to California Code of Civil Procedure § 382. Compl. ¶ 41. *See also* 18 U.S.C. 1332(d)(1)(B). Plaintiff defines his purported class as "[a]ll persons in the State of California whose license plate data was collected by Defendant using an automatic license plate reader" subject to certain exclusions as defined in the Complaint at ¶ 41. Plaintiff's purported class is therefore comprised of all or substantially all California citizens.

DRN is not a citizen of California. DRN is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 4150 International Plaza, Suite #800, Fort Worth, TX 76109. Compl. ¶ 10. Accordingly, there is diversity between the parties and the requirements of 28 U.S.C. § 1332(d)(2)(A)-(C) are satisfied.

**2.     The Amount in Controversy Exceeds $5,000,000[2]**

Plaintiff alleges his class consists of "millions of consumers," [Compl. ¶ 42] each of whom are entitled to "liquidated damages" of no less than $2,500 each [Compl. ¶ 19; Prayer at (d)] pursuant to Cal. Civ. Code § 1798.90.54(b)(1). Accordingly, Plaintiff's Complaint alleges aggregated damages in excess of $5,000,000,000, comprised of at least 2,000,000 class members seeking at least $2,500 of liquidated damages each, or over 1,000 times the aggregate value required for this Court to retain original jurisdiction of this matter. *See* 18 U.S.C. §§ 1332 (d)(2); (d)(6). Accordingly, the amount in controversy in this matter exceeds the $5,000,000 threshold, exclusive of interest and costs, set forth in 28 U.S.C. § 1332 (d)(2), and removal to the Southern District of California is proper.

---

[2] DRN discusses the allegations in Plaintiff's Complaint that are the subject of this matter solely to demonstrate that the amount in controversy exceeds $5,000,000. In doing so, DRN does not admit that Plaintiff or the purported class are entitled to these damages or that Plaintiff has properly alleged a claim on which relief can be granted.

NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT BY DEFENDANT DIGITAL RECOGNITION NETWORK, INC.

CASE NO.

- 3 -

## III.   CONCLUSION

WHEREFORE, DRN hereby removes the above action now pending before the Superior Court for the State of California for the County of San Diego to this Court.

DATED:  August 20, 2021          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Nancy L. Stagg*
      NANCY L. STAGG
      ADAM  P. WILEY
      COLE B. RAMEY
      TIMOTHY E. TAYLOR

Attorneys for Defendant
DIGITAL RECOGNITION NETWORK, INC.

NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT BY DEFENDANT DIGITAL RECOGNITION NETWORK, INC.
CASE NO.

- 4 -

**CERTIFICATE OF SERVICE**

I declare I am employed in the City and County of San Francisco, California in the office of Kilpatrick Townsend & Stockton LLP, 19th Floor, Two Embarcadero Center, San Francisco, CA 94111.

I served the following document entitled: **NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT BY DEFENDANT DIGITAL RECOGNITION NETWORK, INC.** on the interested parties in this action as follows:

Raley Balabanian                                   Telephone:  415 212 9300
rbalabanian@edelson.com                     Facsimile:   415 373 9435
Lily Hough
lhough@edelson.com
Aaron Lawson
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111

☒      [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐      [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐      [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐      By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒      [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 20, 2021.

_Esther Cerletti_

_____
Esther Cerletti