KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (State Bar No. 157034)
nstagg@kilpatricktownsend.com
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone:(858) 350-6156
Facsimile: (858) 350-6111

ADAM P. WILEY (State Bar No. 298686)
awiley@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone:(310) 777-3733
Facsimile: (310) 860-0363

COLE B. RAMEY (*pro hac vice pending*)
TIMOTHY E. TAYLOR (*pro hac vice pending*)
cramey@kilpatricktownsend.com
ttaylor@kilpatricktownsend.com
2001 Ross Avenue, Suite 4400
Dallas, TX  75201
Telephone:214 922 7100
Facsimile: 214 922 7101

Attorneys for Defendant
DIGITAL RECOGNITION NETWORK, INC.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MATA, individually and on behalf of all other similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>DIGITAL RECOGNITION NETWORK, INC., a Delaware corporation,<br><br>            Defendant. | Case No. **'21CV1485 JLS  BLM**<br><br>**DECLARATION OF ADAM P. WILEY IN SUPPORT OF NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT**<br><br>Complaint Filed:    May 26, 2021<br>Complaint Served:   July 23, 2021 |

DECLARATION OF ADAM P. WILEY IN SUPPORT OF DRN'S NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT CASE NO.

## DECLARATION OF ADAM P. WILEY

I, Adam P. Wiley, declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and admitted to this Court. I am an associate attorney in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Defendant Digital Recognition Network, Inc. ("DRN") in the above referenced action.

2.    I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3.    Attached to this declaration as Exhibit 1 is a true and correct copy of the Complaint filed by Plaintiff Guillermo Mata ("Plaintiff") in the Superior Court of the State of California, County of San Diego, on May 26, 2021.

4.    DRN was served with the Complaint on July 23, 2021 through its designated agent for service of process, CT Corporation. A true and correct copy of CT Corporation's Service of Process Transmittal is attached to this declaration as Exhibit 2.

5.    Attached to this declaration as Exhibit 3 is a true and correct copy of the docket for Plaintiff's lawsuit in the Superior Court of the State of California, County of San Diego, generated by the San Diego Superior Court's "Register of Actions" System, as of August 20, 2021.

6.    Attached to this declaration as Exhibit 4 is a true and correct copy of DRN's Notice to Superior Court of Removal of Civil Action.

7.    Attached to this declaration as Exhibit 5 is a true and correct copy of DRN's Notice to Adverse Party of Removal of Civil Action.

\\\
\\\
\\\
\\\
\\\

DECLARATION OF ADAM P. WILEY IN SUPPORT OF DRN'S NOTICE OF REMOVAL OF CLASS ACTION    - 1 -
COMPLAINT CASE NO.

8.      Attached to DRN's concurrently-filed Notice of Removal (as Exhibit A) is a true and correct copy of all publicly-available process, pleadings, and orders that were served on DRN in this action in accordance with 28 U.S.C. § 1446(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2021 at San Francisco, California.


By:/s/ Adam P. Wiley
                                                   ADAM P. WILEY

DECLARATION OF ADAM P. WILEY IN SUPPORT OF DRN'S NOTICE OF REMOVAL OF CLASS ACTION      - 2 -
COMPLAINT CASE NO.

## CERTIFICATE OF SERVICE

I declare I am employed in the City and County of San Francisco, California in the office of Kilpatrick Townsend & Stockton LLP, 19th Floor, Two Embarcadero Center, San Francisco, CA 94111.

I served the following document entitled:  **DECLARATION OF ADAM P. WILEY IN SUPPORT OF NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT** on the interested parties in this action as follows:

Raley Balabanian                                    Telephone:  415 212 9300
rbalabanian@edelson.com                    Facsimile:   415 373 9435
Lily Hough
lhough@edelson.com
Aaron Lawson
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111

☒    [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐    [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐    [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐    By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒    [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 20, 2021.

*Esther Cerletti*

_____
Esther Cerletti

DECLARATION OF ADAM P. WILEY IN SUPPORT OF DRN'S NOTICE OF REMOVAL OF CLASS ACTION COMPLAINT CASE NO.                                                                                    - 3 -
18712369v.1