# EXHIBIT 2

**CT Corporation**

**Service of Process Transmittal**
07/23/2021
CT Log Number 539957276

TO:  Karen Kriesant
Motorola Solutions, Inc.
500 W MONROE ST FL 43
CHICAGO, IL 60661-3634

RE:  **Process Served in California**

FOR:  Digital Recognition Network, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | GUILLERMO MATA, ETC., PLTF. vs. DIGITAL RECOGNITION NETWORK, INC., ETC., DFT. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 37202100023321CUMCCTL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/23/2021 at 13:58 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/24/2021, Expected Purge Date: 07/29/2021 |
| | Image SOP |
| | Email Notification,  Karen Kriesant  karen.kriesant@motorolasolutions.com |
| | Email Notification,  Carol Martini  carol.martini@motorolasolutions.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203 |
| | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / SV

Exhibit 2
Page 16