EXHIBIT 3

Case 3:21-cv-01485-JLS-BLM     Document 1-6     Filed 08/20/21     PageID.53     Page 1 of 4

**Superior Court of California, County of San Diego – Register of Actions**

| Page | Case Number Search | Participant Name Search | Date Search | Unlawful Detainer Search | Printer Friendly Version | FAQ |

Cart

# Register of Actions (ROA)

## Case Information

| Case Number: | **37-2021-00023321-CU-MC-CTL** | Date Filed: | 05/26/2021 |
|---|---|---|---|
| Case Title: | Mata vs. Digital Recognition Network Inc [E-FILE] | Case Status: | Pending |
| Case Category: | Civil - Unlimited | Location: | Central |
| Case Type: | Misc Complaints - Other | Judicial Officer: | Joel R. Wohlfeil |
| Case Age: | 86 days | Department: | C-73 |

## Future Events

| Event Date | Event Time | Location | Event Type |
|---|---|---|---|
| 10/29/2021 | 01:30 PM | C-73 | Civil Case Management Conference - Complaint |

1

## Participants

| Name | Role | Representation |
|---|---|---|
| Digital Recognition Network Inc | Defendant | |
| Mata, Guillermo | Plaintiff | Balabanian, Rafey; Hough, Lily; Lawson, Aaron |

1

## Representation

| Name | Address | Phone Number |
|---|---|---|
| BALABANIAN, RAFEY | 150 California Street 18th Floor San Francisco CA 94111 | (415) 212-9300 |
| HOUGH, LILY | EDELSON PC 150 California Street 18th Fl San Francisco CA 94111 | (415) 212-9300 |

Exhibit 3
Page 17

| Name | Address | Phone Number |
|---|---|---|
| LAWSON, AARON | 150 California Street 18th Floor San Francisco CA 94111 | (415) 212-9300 |

| | 1 | |

## Register of Actions

**All Entries** | **Filing Entries** | **Minutes Entries** | **Scheduling Entries**

Enter text to search

| | 1 | |

| ROA# | Entry Date | Short/Long Entry | Filed By | Document | Cart |
|---|---|---|---|---|---|
| 8 | 07/26/2021 | Proof of Service of 30-day Summons & Complaint - Personal filed by Mata, Guillermo. Refers to: Digital Recognition Network Inc | Mata, Guillermo (Plaintiff) | Proof of Service of 30-day Summons & Complaint - Personal (Proof of Service - Case Initiating Document) | Add to Cart |
| 7 | 05/27/2021 | Case initiation form printed. | | Notice of Case Assignment SD | Add to Cart |
| 6 | 05/27/2021 | Civil Case Management Conference scheduled for 10/29/2021 at 01:30:00 PM at Central in C-73 Joel R. Wohlfeil. | | | |
| 5 | 05/26/2021 | Case assigned to Judicial Officer Wohlfeil, Joel. | | | |
| 4 | 05/27/2021 | Summons issued. | | | |
| 3 | 05/26/2021 | Original Summons filed by Mata, Guillermo. Refers to: Digital Recognition Network Inc | Mata, Guillermo (Plaintiff) | Original Summons (Warrants/Issuance Returns) | Add to Cart |
| 2 | 05/26/2021 | Civil Case Cover Sheet filed by Mata, Guillermo. Refers to: Digital Recognition Network Inc | Mata, Guillermo (Plaintiff) | Civil Case Cover Sheet (Cover Sheets) | Add to Cart |
| 1 | 05/26/2021 | Complaint filed by Mata, Guillermo. Refers to: Digital Recognition Network Inc | Mata, Guillermo (Plaintiff) | Complaint (Case Initiation) | Add to Cart |

| | 1 | |

Exhibit 3
Page 18

**THE INFORMATION IN THIS REGISTER OF ACTIONS IS PROVIDED AS IS, WITHOUT WARRANTY BY THE SAN DIEGO SUPERIOR COURT AS TO CONTENT OR ACCURACY OF THE INFORMATION.** The Entry Date on the Register of Actions may not always reflect the actual filing date of a document and not all documents filed with the Court are listed on the Register of Actions. It is recommended that users refer to the case file for confirmation.

Exhibit 3
Page 19