# EXHIBIT 4

Case 3:21-cv-01485-JLS-BLM   Document 1-7   Filed 08/20/21   PageID.57   Page 1 of 4

KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (State Bar No. 157034)
nstagg@kilpatricktownsend.com
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone:   (858) 350-6156
Facsimile:    (858) 350-6111

ADAM P. WILEY (State Bar No. 298686)
awiley@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone:     (310) 777-3733
Facsimile:     (310) 860-0363

COLE B. RAMEY (*pro hac vice pending*)
TIMOTHY E. TAYLOR (*pro hac vice pending*)
cramey@kilpatricktownsend.com
ttaylor@kilpatricktownsend.com
2001 Ross Avenue, Suite 4400
Dallas, TX  75201
Telephone:   214 922 7100
Facsimile:    214 922 7101

Attorneys for Defendant
DIGITAL RECOGNITION NETWORK, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| GUILLERMO MATA, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DIGITAL RECOGNITION NETWORK, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 37-2021-00023321-CU-MC-CTL<br><br>**NOTICE TO SUPERIOR COURT OF REMOVAL OF CLASS ACTION COMPLAINT PURSUANT TO 28 U.S.C. §§ 1332(d), 1446 AND 1453 [CAFA]**<br><br>Complaint Filed:    May 26, 2021<br>Complaint Served:  July 23, 2021 |

NOTICE TO SUPERIOR COURT OF REMOVAL OF CLASS ACTION COMPLAINT PURSUANT TO 28 U.S.C. §§ 1332(d), 1446, AND 1453 [CAFA], CASE NO. 37-2021-00023321-CU-MC-CTL

Exhibit 4
Page 20

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant Digital Recognition Network, Inc. ("Digital Network") has filed in the United States District Court for the Southern District of California, a Notice of Removal of Class Action Complaint in the District Court, for the above-captioned action, pursuant to 28 U.S.C. §§ 1332(d), 1446, and 1453 on August 20, 2021. A copy of such Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of the attached Notice of Removal in the United States District Court, Southern District together with this Notice filed with this Court, effects the removal of this Complaint and action, and this Court is requested to proceed no further, unless and until this case is remanded to the Superior Court of the State of California.

DATED:  August 20, 2021

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Nancy L. Stagg*
NANCY L. STAGG
ADAM  P. WILEY
COLE B. RAMEY
TIMOTHY E. TAYLOR

Attorneys for Defendant
DIGITAL RECOGNITION NETWORK, INC.

- 1 -
NOTICE TO SUPERIOR COURT OF REMOVAL OF CLASS ACTION COMPLAINT PURSUANT TO 28 U.S.C. §§ 1332(d), 1446, AND 1453 [CAFA], CASE NO. 37-2021-00023321-CU-MC-CTL

Exhibit 4
Page 21

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C. § 2008]

I declare I am employed in the City and County of San Francisco, California in the office of Kilpatrick Townsend & Stockton LLP, 19th Floor, Two Embarcadero Center, San Francisco, CA 94111.

I served the following document entitled: **NOTICE TO SUPERIOR COURT OF REMOVAL OF CLASS ACTION COMPLAINT PURSUANT TO 28 U.S.C. §§ 1332(d), 1446 AND 1453 [CAFA]** on the interested parties in this action as follows:

| | |
|---|---|
| Raley Balabanian | Telephone:    415 212 9300 |
| rbalabanian@edelson.com | Facsimile:    415 373 9435 |
| Lily Hough | |
| lhough@edelson.com | |
| Aaron Lawson | |
| alawson@edelson.com | |
| EDELSON PC | |
| 150 California Street, 18th Floor | |
| San Francisco, CA 94111 | |

☒    [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐    [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐    [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐    By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒    [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 20, 2021.

_Esther Cerletti_

_____
Esther Cerletti

- 2 -

NOTICE TO SUPERIOR COURT OF REMOVAL OF CLASS ACTION COMPLAINT PURSUANT TO 28 U.S.C. §§ 1332(d), 1446, AND 1453 [CAFA], CASE NO. 37-2021-00023321-CU-MC-CTL