## INDEX OF EXHIBITS

| Exhibit No. | Title | Page Numbers |
|---|---|---|
| Exhibit 1 | Complaint | 1-15 |
| Exhibit 2 | Process Server | 16 |
| Exhibit 3 | Register of Actions | 17-19 |
| Exhibit 4 | Notice to Superior Court | 20-22 |
| Exhibit 5 | Notice to Adverse Party | 23-25 |